IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| CRITTER CONTROL, INC., <br> a Michigan corporation, | ) ) ) | |
| Plaintiff/Counter-Defendant, | ) ) | |
| v. | ) ) | Civil No. 3:13-0695 <br> Judge Trauger |
| CARY YOUNG, a Tennessee citizen d/b/a <br> Elite Critter Control, | ) ) ) | Magistrate Judge Griffin |
| Defendant/Counter-Plaintiff. | ) | |

**O R D E R**

On January 23, 2015, the Magistrate Judge issued a Report and Recommendation (Docket No. 148) to which no timely objections have been filed. The Report and Recommendation is there **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is **ORDERED** that the plaintiff's Motion for Permanent Injunction (Docket No. 136) is **GRANTED**, and the court will issue the proposed Order Granting Permanent Injunction and Other Relief (Docket No. 138).

This Order constitutes the final judgment in this case, although the court will retain jurisdiction to enforce its Permanent Injunction.

It is so **ORDERED.**

Enter this 26th day of February 2015.

_____
ALETA A. TRAUGER
U.S. District Judge